**Fill in this information to identify the case:**

Debtor name  VIATRONIX INCORPORATED

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Advanced Diversified Tech**<br>Creditor's Name<br>2727 W. Bluff Avenue<br>Apt. 109<br>Fresno, CA 93711-7012<br>Creditor's mailing address<br><br>adtgpg@gmail.com<br>Creditor's email address, if known<br><br>Date debt was incurred<br>**See Footnotes to Schedule D**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**See Footnotes to Schedule D** | Describe debtor's property that is subject to a lien<br>**Purported grant of security interest in certain intellectual property**<br><br>Describe the lien<br>**Non-Purchase Money Security**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $29,046.47 | unknown |
| **2.2** **Albert I. Hawk**<br>Creditor's Name<br>6701 Democracy Blvd<br>Suite 300<br>Bethesda, MD 20817<br>Creditor's mailing address<br><br>bud.hawk@corstone.com<br>Creditor's email address, if known<br><br>Date debt was incurred<br>**See Footnotes to Schedule D**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**Purported grant of security interest in certain intellectual property**<br><br>Describe the lien<br>**Non-Purchase Money Security**<br>Is the creditor an insider or related party?<br>☐ No<br>☑ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $663,892.21 | unknown |

| Debtor | VIATRONIX INCORPORATED | Case number (if know) | |
|---|---|---|---|
| | Name | | |

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**See Footnotes to Schedule D**

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | Christopher J. Lockwood | Describe debtor's property that is subject to a lien | $464,092.16 | unknown |
|---|---|---|---|---|
| | Creditor's Name | **Purported grant of security interest in certain intellectual property** | | |

406 Centennial Circle
Park City, UT 84060
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?

clockwood3@netscape.net
Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**See Footnotes to Schedule D**
Last 4 digits of account number

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**See Footnotes to Schedule D**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | Combined Mstr Rtrmnt Trus | Describe debtor's property that is subject to a lien | $2,222,915.56 | unknown |
|---|---|---|---|---|
| | Creditor's Name | **Purported grant of security interest in certain intellectual property** | | |

5430 LBJ Freeway
Suite 1700
Dallas, TX 75240
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?

enedderman@VALHI.net
Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**See Footnotes to Schedule D**
Last 4 digits of account number

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**See Footnotes to Schedule D**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 | Daniel P. Tully | Describe debtor's property that is subject to a lien | $154,416.44 | unknown |
|---|---|---|---|---|
| | Creditor's Name | **Purported grant of security interest in certain intellectual property** | | |

76 Gomez Road
Hobe Sound, FL 33455
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**

---

Case 8-16-73309-reg    Doc 1-4    Filed 07/22/16    Entered 07/22/16 13:52:19

| Debtor | VIATRONIX INCORPORATED | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

c.cummings@bankofameri ca.com
Creditor's email address, if known

**Date debt was incurred**
See Footnotes to Schedule D
Last 4 digits of account number

Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
See Footnotes to Schedule D

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.6 | Jan F. Jumet | Describe debtor's property that is subject to a lien | $44,659.73 | unknown |
|---|---|---|---|---|

Creditor's Name

3479 Darlington Road
Darlington, PA 16115
Creditor's mailing address

Purported grant of security interest in certain intellectual property

Describe the lien
**Non-Purchase Money Security**

jfjumet@gmail.com
Creditor's email address, if known

**Date debt was incurred**
See Footnotes to Schedule D
Last 4 digits of account number

Is the creditor an insider or related party?
☐ No
☒ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
See Footnotes to Schedule D

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.7 | Janet S. Herman, Trustee | Describe debtor's property that is subject to a lien | $1,235,670.61 | unknown |
|---|---|---|---|---|

Creditor's Name

The Marc Herman Living Tr
c/o Michael Robbins
4305 NW 63rd Place
Boca Raton, FL 33496
Creditor's mailing address

Purported grant of security interest in certain intellectual property

Describe the lien
**Non-Purchase Money Security**

mrobbins@summitbrokera ge.com
Creditor's email address, if known

**Date debt was incurred**
See Footnotes to Schedule D
Last 4 digits of account number

Is the creditor an insider or related party?
☐ No
☒ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 3 of 8

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **VIATRONIX INCORPORATED**  Case number (if know)
      Name

- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  **See Footnotes to Schedule D**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

| 2.8 | **Kelly H. Burke, Trustee** | Describe debtor's property that is subject to a lien | $182,980.82 | unknown |

Creditor's Name
**Burke Joint Rev. Trust
803 Choctaw Lane
Shalimar, FL 32579**
Creditor's mailing address

**Purported grant of security interest in certain intellectual property**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

**kbxel@aol.com**
Creditor's email address, if known

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**See Footnotes to Schedule D**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  **See Footnotes to Schedule D**

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

| 2.9 | **Mathias Matoian** | Describe debtor's property that is subject to a lien | $252,898.93 | unknown |

Creditor's Name
**2603 Lake Van Ness Circle
Fresno, CA 93711-7024**
Creditor's mailing address

**Purported grant of security interest in certain intellectual property**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

**mmatoian@okproduce.com**
Creditor's email address, if known

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**See Footnotes to Schedule D**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  **See Footnotes to Schedule D**

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

| 2.10 | **Millenium III (aka M3T)** | Describe debtor's property that is subject to a lien | $1,386,646.13 | unknown |

Creditor's Name
**59-236 Kanaloa Way
Kamuela, HI 96743**
Creditor's mailing address

**Purported grant of security interest in certain intellectual property**

Describe the lien
**Non-Purchase Money Security**

---

Debtor  **VIATRONIX INCORPORATED**　　　　　　　　　　　　Case number (if know)
　　　　　Name

pkauffman808@gmail.com
Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**See Footnotes to Schedule D**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**See Footnotes to Schedule D**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1.1 | **Nadarasa Visveshwara Trus** | Describe debtor's property that is subject to a lien | $67,169.78 | unknown |

Creditor's Name
**Nadarasa Visveshwara IRA
2776 W. Wrenwood Avenue
Fresno, CA 93711**
Creditor's mailing address

**Purported grant of security interest in certain intellectual property**

Describe the lien
**Non-Purchase Money Security**

nvish@comcast.net
Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**See Footnotes to Schedule D**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**See Footnotes to Schedule D**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1.2 | **Paul W. Kauffman** | Describe debtor's property that is subject to a lien | $206,048.77 | unknown |

Creditor's Name
**59-236 Kanaloa Way
Kamuela, HI 96743**
Creditor's mailing address

**Purported grant of security interest in certain intellectual property**

Describe the lien
**Non-Purchase Money Security**

pkauffman808@gmail.com
Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**See Footnotes to Schedule D**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | VIATRONIX INCORPORATED | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  **See Footnotes to Schedule D**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

**2.13**

**Stephen J. Luczo, Trustee**
Creditor's Name

Stephen J. Luczo Rev. Tru
P.O. Box 67249
Scotts Valley, CA
95067-7249
Creditor's mailing address

pbarrett@jpb-cpa.com
Creditor's email address, if known

Date debt was incurred
**See Footnotes to Schedule D**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  **See Footnotes to Schedule D**

Describe debtor's property that is subject to a lien
**Purported grant of security interest in certain intellectual property**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

$742,571.11    unknown

---

**2.14**

**Paul W. Kauffman, Trustee**
Creditor's Name

Paul W. Kauffman Trust
59-236 Kanaloa Way
Kamuela, HI 96743
Creditor's mailing address

pkauffman808@gmail.com
Creditor's email address, if known

Date debt was incurred
**See Footnotes to Schedule D**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  **See Footnotes to Schedule D**

Describe debtor's property that is subject to a lien
**Purported grant of security interest in certain intellectual property**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
- [ ] No
- [x] Yes

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

$474,907.72    unknown

---

**2.15**

**Thomas P. Stafford**

Describe debtor's property that is subject to a lien

$2,426,895.38    unknown

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 6 of 8

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **VIATRONIX INCORPORATED**     Case number (if know) _____
      Name

| | |
|---|---|
| **Creditor's Name**<br>3000 United Founders Blvd<br>Suite 103G<br>Oklahoma City, OK 73112<br>Creditor's mailing address | **Purported grant of security interest in certain intellectual property**<br><br>Describe the lien<br>**Non-Purchase Money Security** |
| tpstafford1@att.net<br>Creditor's email address, if known | Is the creditor an insider or related party?<br>☐ No<br>☑ Yes<br>Is anyone else liable on this claim? |
| Date debt was incurred<br>**See Footnotes to Schedule D**<br>Last 4 digits of account number | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Do multiple creditors have an interest in the same property?<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**See Footnotes to Schedule D** | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed |

| 2.1<br>6 | **Thomas Ruthinoski**<br>Creditor's Name<br><br>1755 Yennecott Drive<br>Southold, NY 11971<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Purported grant of security interest in certain intellectual property**<br><br>Describe the lien<br>**Non-Purchase Money Security** | $6,593.49 | unknown |
|---|---|---|---|---|

| | |
|---|---|
| truthinoski@gmail.com<br>Creditor's email address, if known | Is the creditor an insider or related party?<br>☐ No<br>☑ Yes<br>Is anyone else liable on this claim? |
| Date debt was incurred<br>**See Footnotes to Schedule D**<br>Last 4 digits of account number | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Do multiple creditors have an interest in the same property?<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**See Footnotes to Schedule D** | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed |

| 2.1<br>7 | **William Bond**<br>Creditor's Name<br><br>261 Tollgate Blvd<br>Islamorada, FL 33036<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Purported grant of security interest in certain intellectual property**<br><br>Describe the lien<br>**Non-Purchase Money Security** | $539,389.42 | unknown |
|---|---|---|---|---|

| | |
|---|---|
| wcb007a@gmail.com<br>Creditor's email address, if known | Is the creditor an insider or related party?<br>☐ No<br>☑ Yes<br>Is anyone else liable on this claim? |
| Date debt was incurred<br>**See Footnotes to Schedule D**<br>Last 4 digits of account number | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

| Debtor | VIATRONIX INCORPORATED | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☑ Yes. Specify each creditor, including this creditor and its relative priority. <br> **See Footnotes to Schedule D** | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☑ Disputed | | |

| 2.18 | **William and Ann Bond** <br> Creditor's Name <br><br> **261 Tollgate Blvd** <br> **Islamorada, FL 33036** <br> Creditor's mailing address <br><br> **wcb007a@gmail.com** <br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **See Footnotes to Schedule D** <br> Last 4 digits of account number | Describe debtor's property that is subject to a lien <br> **Purported grant of security interest in certain intellectual property** <br><br> Describe the lien <br> **Non-Purchase Money Security** <br> Is the creditor an insider or related party? <br> ☐ No <br> ☑ Yes <br> Is anyone else liable on this claim? <br> ☑ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $93,826.85 | unknown |

| | | | |
|---|---|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☑ Yes. Specify each creditor, including this creditor and its relative priority. <br> **See Footnotes to Schedule D** | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☑ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $11,194,621.58

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|